In the Matter of the Application of Joseph D. Bedle for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Edward B. Kinsila, Appellant, v. Lee Shubert and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements, upon the authority of *Fairman* v. *Brush* (60 Hun, 442; more fully reported in 15 N. Y. Supp. 44). Jenks, P. J., Burr, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

C. Ludwig Baumann & Company, Brooklyn, Plaintiff, v. Amelia Baumann and Others, Defendants.— Motion for stay granted. (See *Socialistic Co-operative Pub. Assn.* v. *Kuhn*, 164 N. Y. 473.) Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Millie L. Hayman, Respondent, v. The City of New York and Another, Defendants. Long Island Railroad Company, Appellant.—Motions denied, without costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Application of Emil L. Francke for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of Proving the Last Will and Testament of George W. Horton, Deceased.— Motion for reargument denied, with ten dollars costs, upon the ground that the facts stated in the moving papers were not part of the original record and cannot be considered. Present — Burr, Thomas, Rich and Stapleton, JJ.

Nash Rockwood, Individually, etc., Plaintiff, v. Stewart Mining Company and Others, Defendants.— Motion granted and order signed. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Oscar Schlegel, Plaintiff, v. George A. Schamberger, Defendant.— Motion for stay granted on condition that within ten days after the entry of this order the defendant furnish a bond conditioned for the payment of the judgment, interest and any possible costs, the bond to be of two sufficient real estate sureties, who must justify on notice; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ. Order to be settled before the presiding justice.

Lucy M. Allott, Respondent, v. Richard Van W. Thorne and Others, as Administrators, etc., of Ellen S. Haslett, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

David Bandler, Appellant, v. John R. Hill and Edith H. Hill, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.